UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN ELLIOTT**,<br><br>　　　　Defendant. | CASE NO. 3:22-cr-00010<br><br>JUDGE Michael J. Newman<br><br>**INFORMATION**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### [21 U.S.C. § 841(a)(1) and (b)(1)(C)]

On or about January 4, 2022, in the Southern District of Ohio, defendant, **JOHN ELLIOTT**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).


　　　　　　　　　　　　　　　　　　KENNETH L. PARKER
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　/s/ DeMarr Moulton
　　　　　　　　　　　　　　　　　　DEMARR MOULTON (NY 5724869)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney